UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FREDDIE M. WILSON,<br>         Plaintiff,<br><br>v.<br><br>CHUCK HAGEL, SECRETARY,<br>DEPARTMENT OF DEFENSE<br>(Department of Defense Education<br>Activity Agency), EMILY MARSH,<br>TRACY SHARP, ALBERT WARE, JR.,<br>MELLISA GOODE, ESSIE D. TAYLOR,<br>GLORIA THORNBURG,<br>         Defendants. | **JUDGMENT**<br><br>No. 5:13-CV-365-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Government's motion to dismiss [DE-36] is ALLOWED and this case is DISMISSED. The remaining motion to dismiss [DE-21] is DENIED as MOOT. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on July 29, 2014, and Copies To:**

Freddie M. Wilson (5229 Foxfire Road, Fayetteville, NC 28303)
Kimberly A. Moore (CM/ECF Notice of Electronic Filing)
Mellisa Goode (AFGE Local 1770, P.O. Box 70027, Fort Bragg, NC 28307)

| | |
|---|---|
| DATE<br>July 29, 2014 | JULIE A. RICHARDS, CLERK<br>/s/ Jacqueline B. Grady<br>(By) Jacqueline B. Grady, Deputy Clerk |